UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:  07-14140-CIV-MARTINEZ-LYNCH**

DEBORAH ZECCARDI,

      Plaintiff,

vs.

CITY OF PORT ST. LUCIE,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

      This MATTER is before the Court upon the parties' Stipulation for Dismissal with

Prejudice **(D.E. No. 18)**, filed on April 23, 2008.  It is:

      **ADJUDGED** that this action is **DISMISSED with prejudice**, with each party to bear

her/ its own costs and attorney's fees.  It is also:

      **ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is

**CLOSED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of April, 2008.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record